**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

___

**BADGER METER, INC.**

    Plaintiff,

v.                                                 Civil Action No. 2:16-cv-789-PP

**SENSUS USA INC.**

    Defendant.

___

**NOTICE OF STIPULATED DISMISSAL**

___

Plaintiff Badger Meter, Inc. and Defendant Sensus USA Inc. hereby stipulate to dismissal of all claims and counterclaims with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., with each party to bear its own fees and costs.

Dated: December 2, 2016                      Respectfully submitted,

| | |
|---|---|
| s/Ari B. Lukoff | s/Michael T. Griggs |
| Ari B. Lukoff (MN Bar #0390025) | James F. Boyle |
| ALukoff@RobinsKaplan.com | Michael T. Griggs |
| Robins Kaplan LLP | BOYLE FREDRICKSON, S.C. |
| 2800 LaSalle Plaza, 800 LaSalle Avenue | 840 N. Plankinton Ave. |
| Minneapolis, MN 55402 | Milwaukee, WI 53203 |
| Telephone: 612-349-8500 | Telephone: 414-225-9755 |
| Facsimile: 612-339-4181 | Facsimile: 414-225-9753 |
| | Attorneys for Plaintiff Badger Meter, Inc. |